**Order entered March 11, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01543-CR

**MIGUEL ANTONIO RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82782-2012**

## ORDER

The Court **GRANTS** court reporter LaTresta Ginyard's March 4, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Ginyard to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/     DAVID EVANS
            JUSTICE